# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| ZACHARY SICURELLA, | : | Case No. 1:19-cv-259 |
| --- | --- | --- |
| Plaintiff, | : | Judge Timothy S. Black |
|  | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : |  |
| HUNTINGTON BANK, *et al.*, | : |  |
| Defendants. | : |  |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 8) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on May 22, 2019, submitted a Report and Recommendation.[1] (Doc. 8). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

---

[1] More precisely, the Magistrate Judge issued a Report and Recommendation on April 30, 2019, recommending the dismissal of the Complaint (Doc. 5); Plaintiff filed a Motion to Amend on May 3, 2019, seeking to correct certain assertions in the Complaint (Doc. 6); and the Magistrate Judge issued another Report and Recommendation on May 22, 2019, recommending the dismissal of the Amended Complaint (Doc. 8).

Accordingly, for the reasons stated above:

1. Plaintiff's Amended Complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis*.

3. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date: June 19, 2019　　　　　　　　　　　　　　　　　　*s/ Timothy S. Black*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy S. Black
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge